TUCKER ELLIS LLP
Nicole E. Gage - SBN 208658
nicole.gage@tuckerellis.com
One Market Plaza
Steuart Tower, Suite 700
San Francisco, CA 94105
Telephone:    415.617.2400
Facsimile:    415.617.2409

Attorneys for Defendant
ROCKWELL AUTOMATION, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| NORMAN ESTES,<br><br>        Plaintiff,<br><br>v.<br><br>GENERAL ELECTRIC COMPANY,<br><br>        Defendants. | Case No. 17-cv-3900-JSW<br><br>**DEFENDANT ROCKWELL AUTOMATION, INC.'S SUGGESTION OF DEATH UNDER FEDERAL RULE OF CIVIL PROCEDURE 25(a)(1)** |

Defendant Rockwell Automation, Inc. ("Rockwell"), hereby suggests upon the record, pursuant to Federal Rule of Civil Procedure 25(a)(1), the death of plaintiff Norman Estes during the pendency of this action. Based on information and belief, plaintiff Norman Estes passed away on or about July 24, 2017.

DATED: July 28, 2017                                    TUCKER ELLIS LLP

                                                        By: /s/ Nicole E. Gage
                                                        _____
                                                        Nicole E. Gage
                                                        Attorneys for Defendant
                                                        ROCKWELL AUTOMATION, INC.

*Norman Estes. v. General Electric Company, et al.*
San Francisco County District Court Case No. 17-cv-3900-JSW

**PROOF OF SERVICE**

I declare that I am a citizen of the United States and a resident of San Francisco, California or employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is Tucker Ellis LLP, One Market Suite, Steuart Tower, Suite 700, San Francisco, California 94105.

On the date indicated below, I served the foregoing document(s) entitled:

**DEFENDANT ROCKWELL AUTOMATION, INC.'S SUGGESTION OF DEATH UNDER FEDERAL RULE OF CIVIL PROCEDURE 25(a)(1)**

☑ **VIA ELECTRONIC SERVICE** by causing such documents to be served on the interested parties to this action as designated on the Transaction Receipt by submitting an electronic version of the documents via File and Serve Xpress website.

☐ **BY MAIL.** I placed a true copy in a sealed envelope addressed as indicated below, on the above-mentioned date. I am familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

**Attorneys for Plaintiffs**
David R. Donadio, Esq.
BRAYTON PURCELL
222 Rush Landing Road
Novato, CA  94948-6169

☑ I am employed in the office of a member of the bar of this court, and that the foregoing document(s) was(were) printed on recycled paper.

☑ **(STATE)** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 28, 2017, at San Francisco, California.



Debbie Estebanez